1026

[No. 37977-5-II.   Division Two.   April 13, 2010.]

MICHAEL D. MCPHEE, *Appellant*, v. STEINHAUER FAMILY INVESTMENTS, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-09485-3, Linda CJ Lee, J., entered June 20, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 37987-2-II.   Division Two.   April 13, 2010.]

MICHAEL COHOON ET AL., *Respondents*, v. JOHN B. CUNY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 07-2-00484-2, George L. Wood, J., entered June 13, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Armstrong, J.

[No. 38188-5-II.   Division Two.   April 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY DUKE TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00377-1, Kitty-Ann van Doorninck, J., entered August 15, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Hunt, JJ.

[No. 38197-4-II.   Division Two.   April 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. GERARD GRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-02024-1, Roger A. Bennett, J., entered August 13, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Penoyar, JJ.